UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KYLE CABALLERO                    C.A. NO. 05-1172-JVP-CN

VERSUS

OFFICER CASEY COPELAND AND
TOWN OF PLAQUEMINE

---

### O R D E R

Considering the foregoing joint motion for dismissal, with prejudice, filed by the parties herein;

IT IS ORDERED that defendants, **CITY OF PLAQUEMINE AND OFFICER CASEY COPELAND** are hereby dismissed from these proceedings, with *prejudice,* with each party to bear their own costs.

Baton Rouge, Louisiana, this 1st day of May, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR THE STATE OF LOUISIANA

1310750_1